USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/20/15

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

      Plaintiff,

vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

      Defendants.

Case No.: 14-cv-9912 (KMW)

---

## STIPULATION AND [~~PROPOSED~~] ORDER ESTABLISHING A SCHEDULE FOR DEFENDANTS' ANSWER OR, IF APPLICABLE, A BRIEFING SCHEDULE FOR A MOTION TO DISMISS

**WHEREAS**, Plaintiffs filed a complaint in the above-captioned matter on December 16, 2014 ("Complaint");

**WHEREAS**, Plaintiffs served a copy of the Complaint on Defendants on December 17, 2014;

**WHEREAS**, Counsel for Plaintiffs and Counsel for Defendants met and conferred and agreed that Defendants would Answer or otherwise move against the Complaint no later than February 20, 2105;

**WHEREAS**, Counsel for Plaintiffs and Counsel for Defendants further agreed that, if Defendants file a motion to dismiss on February 20, 2015, Plaintiffs opposition would be due no later than April 22, 2015, with Defendants reply then due no later than ~~June 5~~ May 15, 2015. - KMW

**NOW, THEREFORE IT IS HEREBY ORDERED THAT:**

1. Defendants shall move to dismiss or otherwise Answer the Complaint by February 20, 2015 and;

2. If Defendants move to dismiss the Complaint by February 20, 2015, Plaintiffs' Opposition must be filed no later than April 22, 2015 with Defendants' reply due no later than ~~June~~ May 15, 2015. *[KMW]*

Dated: New York, New York
       1-20, 2015

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE