UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYUN-UK CHOI, JIN-HO, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG- SUB LEE, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>TOWER RESEARCH CAPITAL LLC and MARK GORTON,<br><br>Defendants. | Case No.: 14-cv-9912 (KMW)<br><br>**MOTION TO ADMIT COUNSEL**<br><br>**PRO HAC VICE** |

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Michael Eisenkraft a member in good standing of the bar of this Court, hereby move for an Order allowing the admission pro hac vice of:

> Times Wang
> Cohen Milstein Sellers & Toll PLLC
> 1100 New York Avenue, N.W., Suite 500 East
> Washington, D.C.  20005
> Phone Number:  (202) 408-4600
> Fax Number:  (202) 408-4699

Times Wang is a member in good standing of the Bar of the State of California

There are no pending disciplinary proceedings against Times Wang in any State or Federal court.

Dated: February 3, 2015
New York, New York

Respectfully submitted,

**COHEN MILSTEIN SELLERS & TOLL PLLC**

By: ___/s/ *Michael Eisenkraft*___
    Michael Eisenkraft (ME-6974)
    88 Pine Street, Fourteenth Floor
    New York, New York 10005
    Telephone: (212) 838-7797
    Facsimile: (212) 838-7745
    Email: meisenkraft@cohenmilstein.com

*Counsel for Lead Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MYUN-UK CHOI, JIN-HO, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiffs,<br><br>v.<br><br>TOWER RESEARCH CAPITAL LLC and MARK GORTON,<br><br>Defendants. | Case No.: 14-cv-9912 (KMW)<br><br>**ORDER FOR ADMISSION OF TIMES WANG PRO HAC VICE** |

The motion of Times Wang for admission to practice Pro Hac Vice in the above-captioned actions is granted.

Applicant has declared that he is a member in good standing of the bar of the state of California, and that his contact information is as follows:

Times Wang
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Avenue, N.W.
East Tower, STE. 500
Washington, D.C. 20005-3964
Telephone: 202-408-4600
Facsimile: 202-408-4699

Applicant having requested admission Pro Hac Vice appear for all purposes as counsel for Plaintiffs Myun-Uk Choi, Jin-Ho, Sung-Hun Jung, Sung-Hee Lee, and Kyung-Sub Lee.

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York.

2

All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.


Dated: _____          _____
                                                                     United States District Judge



# Supreme Court of California

**FRANK A. McGUIRE**
*Court Administrator and Clerk of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

## OF THE

## STATE OF CALIFORNIA

### *TIMES WANG*

I, FRANK A. McGUIRE, Clerk of the Supreme Court of the State of California, do hereby certify that TIMES WANG, #281077, was on the 1st day of December, 2011, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

*Witness my hand and the seal of the court on the 2nd day of February, 2015.*

FRANK A. McGUIRE
*Clerk of the Supreme Court*

By: _____
J. Hunter, Senior Deputy Clerk