```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/27/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

        Defendants.

---

Case No.: 14-cv-9912 (KMW)

### STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR DEFENDANTS' ANSWER OR, IF APPLICABLE, THE BRIEFING SCHEDULE FOR A MOTION TO DISMISS

**WHEREAS**, Plaintiffs filed a complaint in the above-captioned matter on December 16, 2014 ("Complaint");

**WHEREAS**, per this Court's February 6, 2015 Order; Defendants currently have until February 27, 2015 to Answer or otherwise move against the Complaint;

**WHEREAS**, Counsel for Plaintiffs and Counsel for Defendants met and conferred and agreed that, Defendants will Answer or otherwise move against the Complaint no later than March 4, 2015;

**WHEREAS**, Counsel for Plaintiffs and Counsel for Defendants further agreed that, if Defendants file a motion to dismiss on March 4, 2015, Plaintiffs' opposition would be due no later than May 5, 2015, with Defendants' reply then due no later than May 27, 2015.

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

1. Defendants shall move to dismiss or otherwise Answer the Complaint by March 4, 2015 and;

5. If Defendants move to dismiss the Complaint by March 4, 2015, Plaintiffs' opposition must be filed no later than May 5, 2015 with Defendants' reply due no later than May 27, 2015.

Dated: New York, New York
*February 27*, 2015

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE