UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

                    Plaintiff,

    vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

                    Defendants.

-------------------------------------------------

Case No.: 14-cv-9912 (KMW)

**CORPORATE DISCLOSURE STATEMENT OF TOWER RESEARCH CAPITAL LLC**

**DEFENDANT TOWER RESEARCH CAPITAL LLC'S
RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Tower Research Capital LLC ("Tower") makes the following disclosure through its undersigned counsel:

Defendant Tower is not a publicly traded company and has no corporate parent, and no publicly held corporation owns 10% or more of its stock.

Dated: February 27, 2015

                Respectfully submitted,

                **WILMER CUTLER PICKERING
                HALE AND DORR LLP**

                By:   <u>/s Robert W. Trenchard</u>
                         Robert W. Trenchard
                         Jason D. Hirsch
                         7 World Trade Center
                         250 Greenwich Street
                         New York, NY 10007

Telephone: (212) 230-8867
Facsimile: (212) 230-8800
robert.trenchard@wilmerhale.com
jason.hirsch@wilmerhale.com

Matthew T. Martens
Matthew L. Beville
1875 Pennsylvania Avenue
Washington, DC 20006
Telephone: (202) 663-6921
Facsimile: (202) 663-6363
matthew.martens@wilmerhale.com
matthew.beville@wilmerhale.com

***Attorneys for Defendants Tower Research Capital LLC and Mark Gorton***