**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/15

**WILMERHALE**

March 6, 2015

Robert W. Trenchard

+1 212 230 8867 (t)
+1 212 230 8888 (f)
robert.trenchard@wilmerhale.com

**VIA ECF AND ELECTRONIC DELIVERY**

Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re: **Myun-Uk Choi et al. v. Tower Research Capital LLC and Mark Gorton,**
          Case No.: 14-cv-9912 (KMW)

Dear Judge Wood:

    We write under Local Rule 7.1(d) and Rule 2.B of Your Honor's Individual Rules to request a short extension of time in which to exchange initial Rule 26(a) disclosures and submit a proposed Protective Order and Protocol for Discovery of Electronically Stored Information. These items are currently due on March 9, 2015. The Parties have agreed to extend these deadlines until March 13, 2015. A stipulation and proposed order are attached. Plaintiffs consent to this request. This is Defendants' first request for an extension of time.

GRANTED
KMW

    We are available at Your Honor's convenience to answer any questions.

SO ORDERED: 3/9/15

_____
KIMBA M. WOOD
U. S. D. J.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing    Berlin    Boston    Brussels    Denver    Frankfurt    London    Los Angeles    New York    Oxford    Palo Alto    Washington

Honorable Kimba Wood
March 6, 2015
Page 2

**WILMERHALE**

Respectfully submitted,

**WILMER CUTLER PICKERING HALE & DORR LLP**

  /s/ Robert W. Trenchard
Robert W. Trenchard
Jason D. Hirsch
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-8867
Facsimile: (212) 230-8800
robert.trenchard@wilmerhale.com
jason.hirsch@wilmerhale.com

Matthew T. Martens
Matthew L. Beville
1875 Pennsylvania Avenue
Washington, DC 20006
Telephone: (202) 663-6921
Facsimile: (202) 663-6363
matthew.martens@wilmerhale.com
matthew.beville@wilmerhale.com

*Attorneys for Defendants Tower Research Capital LLC and Mark Gorton*

cc:   J. Douglas Richards
      Michael Eisenkraft
      Richard Speirs
      Cohen Milstein Sellers & Toll PLLC
      88 Pine St., 14th Floor
      New York, NY  10005

WILMERHALE

Honorable Kimba Wood
March 6, 2015
Page 3

>Daniel S. Sommers
>Cohen Milstein Sellers & Toll PLLC
>1100 New York Avenue, N.W.
>West Tower, Suite 500
>Washington, DC  20005-3964
>
>YoungKi Rhee
>We the People Law Group
>15F The Salvation Army Building
>476 Chungjeongro 3-Ka
>Seodaemun-Ku, Seoul 120-837, Korea