```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/9/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

    Plaintiff,

vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

    Defendants.

------------------------------------

Case No.: 14-cv-9912 (KMW)

### STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR DEFENDANTS' ANSWER OR, IF APPLICABLE, THE BRIEFING SCHEDULE FOR A MOTION TO DISMISS

**WHEREAS**, Plaintiffs filed a complaint in the above-captioned matter on December 16, 2014 ("Complaint");

**WHEREAS**, per this Court's February 6, 2015 Order; the Parties currently have until March 9, 2015 to exchange initial Rule 26(a) Disclosures and submit a Protective Order and Protocol for Discovery of Electronically Stored Information;

**WHEREAS**, Counsel for Plaintiffs and Counsel for Defendants met and conferred and agreed that the Parties will have until March 13, 2015 to exchange initial Rule 26(a) Disclosures and submit a Protective Order and Protocol for Discovery of Electronically Stored Information.

**NOW, THEREFORE IT IS HEREBY ORDERED THAT:**

1. The Parties shall exchange initial Rule 26(a) Disclosures by March 13, 2015; and

2. The Parties shall submit a Protective Order and Protocol for Discovery of Electronically Stored Information by March 13, 2015.

SO ORDERED: 3/9/15

*/s/ Kimba M. Wood/*

KIMBA M. WOOD
U. S. D. J.

Dated: New York, New York
_____, 2015

                                _____
                                THE HONORABLE KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE