UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------

MYUN-UK CHOI, JIN-HO JUNG, SUNG-
HUN JUNG, SUNG-HEE LEE, and KYUNG-
SUB LEE, Individually and on Behalf of All
Others Similarly Situated,

Case No.: 14-cv-9912 (KMW)

Plaintiff,

vs.

TOWER RESEARCH CAPITAL LLC and
MARK GORTON,

Defendants.

-----------------------------------------

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 3-12-15

## STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR DEFENDANTS' ANSWER OR, IF APPLICABLE, THE BRIEFING SCHEDULE FOR A MOTION TO DISMISS

**WHEREAS,** Plaintiffs filed a complaint in the above-captioned matter on December 16, 2014 ("Complaint");

**WHEREAS,** per this Court's March 9, 2015 Order; the Parties currently have until March 13, 2015 to exchange initial Rule 26(a) Disclosures and submit a Protective Order and Protocol for Discovery of Electronically Stored Information;

**WHEREAS,** Counsel for Plaintiffs and Counsel for Defendants met and conferred and agreed that the Parties will have until March 27, 2015 to exchange initial Rule 26(a) Disclosures and submit a Protective Order and Protocol for Discovery of Electronically Stored Information.

**NOW, THEREFORE IT IS HEREBY ORDERED THAT:**

1. The Parties shall exchange initial Rule 26(a) Disclosures by March 27, 2015; and

2. The Parties shall submit a Protective Order and Protocol for Discovery of Electronically Stored Information by March 27, 2015.

SO ORDERED: 3-12-15

KIMBA M. WOOD
U. S. D. J.