UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

                Defendants.

---

Case No.: 14-cv-9912 (KMW)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-30-15
```

### STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR DEFENDANTS' ANSWER OR, IF APPLICABLE, THE BRIEFING SCHEDULE FOR A MOTION TO DISMISS

**WHEREAS**, Plaintiffs filed a complaint in the above-captioned matter on December 16, 2014 ("Complaint");

**WHEREAS**, per this Court's March 12, 2015 Order; the Parties currently have until March 27, 2015 to submit a Protective Order and Protocol for Discovery of Electronically Stored Information;

**WHEREAS**, Counsel for Plaintiffs and Counsel for Defendants met and conferred and agreed that the Parties will have until April 10, 2015 to submit a Protective Order and Protocol for Discovery of Electronically Stored Information.

**NOW, THEREFORE IT IS HEREBY ORDERED THAT**:

1. The Parties shall submit a Protective Order and Protocol for Discovery of Electronically Stored Information by April 10, 2015.

SO ORDERED, N.Y., N.Y.  3-30-15

*/s/ Kimba M. Wood/*

KIMBA M. WOOD
U.S.D.J.