UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

        Defendants.

------------------------------------

Case No.: 14-cv-9912 (KMW)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/20/15
```

**STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR DEFENDANTS' ANSWER OR, IF APPLICABLE, THE BRIEFING SCHEDULE FOR A MOTION TO DISMISS**

WHEREAS, Plaintiffs filed a complaint in the above-captioned matter on December 16, 2014 ("Complaint");

WHEREAS, per this Court's February 27, 2015 Order; Defendants currently have until May 27, 2015 to submit their reply in support of their motion to dismiss the Complaint;

WHEREAS, Counsel for Plaintiffs would not object to granting this request.

**NOW, THEREFORE IT IS HEREBY ORDERED THAT**:

1. Defendants shall submit their reply in support of their motion to dismiss the Complaint by June 5, 2015.

Dated: New York, New York
        _May 20_, 2015

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE