UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

          Plaintiff,

vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

          Defendants.

---

Case No.: 14-cv-9912 (KMW)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/15
```

## STIPULATION AND [PROPOSED] ORDER EXTENDING THE SCHEDULE FOR DEFENDANTS' ANSWER OR, IF APPLICABLE, THE BRIEFING SCHEDULE FOR A MOTION TO DISMISS

WHEREAS, Plaintiffs filed a complaint in the above-captioned matter on December 16, 2014 ("Complaint");

WHEREAS, per this Court's May 20, 2015 Order, Defendants currently have until June 5, 2015 to submit their reply in support of their motion to dismiss the Complaint;

WHEREAS, Counsel for Plaintiffs would not object to granting this request.

NOW, THEREFORE IT IS HEREBY ORDERED THAT:

1. Defendants shall submit their reply in support of their motion to dismiss the Complaint by June 9, 2015.

Dated: New York, New York
       June 4, 2015

                                            /s/ Kimba M. Wood
                                           THE HONORABLE KIMBA M. WOOD
                                           UNITED STATES DISTRICT JUDGE