UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Case No.: 14-cv-9912 (KMW)

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for Tower Research Capital LLC and Mark Gorton.  I certify that I am admitted to practice in this court.

Dated:   August 6, 2015

Respectfully submitted,

**WILMER CUTLER PICKERING
HALE AND DORR LLP**

By:  /s/ Matthew T. Martens
     Matthew T. Martens
     1875 Pennsylvania Avenue
     Washington, DC 20006
     Telephone: (202) 663-6921
     Facsimile: (202) 663-6363
     matthew.martens@wilmerhale.com

*Attorneys for Defendants Tower Research Capital LLC and Mark Gorton*

## **CERTIFICATE OF SERVICE**

I, Matthew T. Martens, hereby certify that on August 6, 2015, a true and correct copy of the foregoing Notice of Appearance was served via ECF upon all the parties.

/s/ Matthew T. Martens