WILMERHALE

August 21, 2015

Jason D. Hirsch

+1 212 937 7262 (t)
+1 212 230 8888 (f)
jason.hirsch@wilmerhale.com

**VIA ECF**

Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

   Re: **Myun-Uk Choi et al. v. Tower Research Capital LLC and Mark Gorton**,
     Case No.: 14-cv-9912 (KMW)

Dear Judge Wood:

  We are counsel for Defendants Tower Research Capital and Mark Gorton in the above-captioned matter. We write regarding Defendants' pending motion to dismiss. That motion was filed on March 4, 2015, and was fully submitted to the Court as of June 9, 2015. *See* ECF Doc. Nos. 18, 36. We therefore write pursuant to Rule 2.G of Your Honor's Individual Practices to bring to the Court's attention that the motion has now been pending for more than 60 days without oral argument having been scheduled, which Defendants requested pursuant to Rule 2.F of Your Honor's Practices.

  We are available at Your Honor's convenience to answer any questions.

           Respectfully submitted,

           **WILMER CUTLER PICKERING HALE
           & DORR LLP**

            /s/ Jason D. Hirsch
           Jason D. Hirsch
           7 World Trade Center
           250 Greenwich Street
           New York, NY 10007
           Telephone: (212) 230-7262
           Facsimile: (212) 230-8800
           jason.hirsch@wilmerhale.com

Honorable Kimba Wood
August 21, 2015
Page 2

WILMERHALE

                                          Matthew T. Martens
                                          Matthew L. Beville
                                          1875 Pennsylvania Avenue
                                          Washington, DC 20006
                                          Telephone: (202) 663-6921
                                          Facsimile: (202) 663-6363
                                          matthew.martens@wilmerhale.com
                                          matthew.beville@wilmerhale.com

                                          ***Attorneys for Defendants Tower Research***
                                          ***Capital LLC and Mark Gorton***

cc:    J. Douglas Richards
       Michael Eisenkraft
       Richard Speirs
       Cohen Milstein Sellers & Toll PLLC
       88 Pine St., 14th Floor
       New York, NY  10005

       Daniel S. Sommers
       Cohen Milstein Sellers & Toll PLLC
       1100 New York Avenue, N.W.
       West Tower, Suite 500
       Washington, DC  20005-3964

       YoungKi Rhee
       We the People Law Group
       15F The Salvation Army Building
       476 Chungjeongro 3-Ka
       Seodaemun-Ku, Seoul 120-837, Korea