# WilmerHale

August 21, 2015

**Jason D. Hirsch**

+1 212 937 7262 (t)
+1 212 230 8888 (f)
jason.hirsch@wilmerhale.com

**VIA ECF**

Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      Re:    **Myun-Uk Choi et al. v. Tower Research Capital LLC and Mark Gorton**,
               Case No.: 14-cv-9912 (KMW)

Dear Judge Wood:

      We are counsel for Defendants Tower Research Capital and Mark Gorton in the above-captioned matter. We write regarding Defendants' pending motion to dismiss. That motion was filed on March 4, 2015, and was fully submitted to the Court as of June 9, 2015. *See* ECF Doc. Nos. 18, 36. We therefore write pursuant to Rule 2.G of Your Honor's Individual Practices to bring to the Court's attention that the motion has now been pending for more than 60 days without oral argument having been scheduled, which Defendants requested pursuant to Rule 2.F of Your Honor's Practices.

      We are available at Your Honor's convenience to answer any questions.

      Respectfully submitted,

**WILMER CUTLER PICKERING HALE & DORR LLP**

/s/ Jason D. Hirsch
Jason D. Hirsch
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Telephone: (212) 230-7262
Facsimile: (212) 230-8800
jason.hirsch@wilmerhale.com

WILMERHALE

Matthew T. Martens
Matthew L. Beville
1875 Pennsylvania Avenue
Washington, DC 20006
Telephone: (202) 663-6921
Facsimile: (202) 663-6363
matthew.martens@wilmerhale.com
matthew.beville@wilmerhale.com

***Attorneys for Defendants Tower Research Capital LLC and Mark Gorton***

cc: J. Douglas Richards
Michael Eisenkraft
Richard Speirs
Cohen Milstein Sellers & Toll PLLC
88 Pine St., 14th Floor
New York, NY 10005

Daniel S. Sommers
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3964

YoungKi Rhee
We the People Law Group
15F The Salvation Army Building
476 Chungjeongro 3-Ka
Seodaemun-Ku, Seoul 120-837, Korea