UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

MYUN-UK CHOI, et al.

                      Plaintiff,

      -against-

TOWER RESEARCH CAPITAL LLC, et al.

                      Defendant.
------------------------------------------------------

Case No.  14 Civ. 9912

## NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending      [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

      Robert Walter Trenchard
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: RT3291    My State Bar Number is: 2679488

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale & Dorr LLP
                      FIRM ADDRESS: 7 World Trade Center, NY, NY 10007
                      FIRM TELEPHONE NUMBER: 212-230-8867
                      FIRM FAX NUMBER: 212-230-8888

NEW FIRM:    FIRM NAME: Gibson, Dunn & Crutcher LLP
                      FIRM ADDRESS: 200 Park Avenue, NY, NY 10166
                      FIRM TELEPHONE NUMBER: 212-351-3942
                      FIRM FAX NUMBER: 212-351-5242

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 1/8/16

                                                       /s/ Robert Trenchard
                                                       ATTORNEY'S SIGNATURE