UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG-SUB LEE, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

  vs.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

        Defendants.

---------------------------------------

Case No.: 14-cv-9912 (KMW)

**Oral Argument Requested**

### NOTICE OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Tower's and Gorton's Motion to Dismiss the First Amended Complaint, and the Declaration of Robert W. Trenchard, dated May 13, 2016, and exhibits thereto, Defendants in the above-captioned proceedings, by their attorneys, will move before the Honorable Kimba M. Wood, United States District Judge, of the United States District Court for the Southern District of New York, 500 Pearl Street, New York, New York, at a date and time to be determined by the Court, for an Order pursuant to Federal Rules of Civil Procedure 8(a), 9(b) and 12(b)(6), dismissing with prejudice all claims in Plaintiffs' First Amended Complaint.

Dated: May 13, 2016	Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

By:	/s/ Robert W. Trenchard
	Robert W. Trenchard
	William J. Moccia
	200 Park Avenue
	New York, NY 10166
	Telephone: (212) 351-3942
	Facsimile: (212) 351-5242
	rtrenchard@gibsondunn.com
	wmoccia@gibsondunn.com

**WILMER CUTLER PICKERING
   HALE AND DORR LLP**

	Matthew L. Beville, *of counsel*
	1875 Pennsylvania Avenue
	Washington, DC 20006
	Telephone: (202) 663-6255
	Facsimile: (202) 663-6363
	matthew.beville@wilmerhale.com

	***Attorneys for Defendants Tower Research
	Capital LLC and Mark Gorton***