**GIBSON DUNN**

Gibson, Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166-0193
Tel 212.351.4000
www.gibsondunn.com

Robert W. Trenchard
Direct: +1 212.351.3942
Fax: +1 212.351.5242
RTrenchard@gibsondunn.com

May 13, 2016

VIA ECF

Honorable Kimba M. Wood
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Myun-Uk Choi et al. v. Tower Research Capital LLC and Mark Gorton, Case No.: 14-cv-9912 (KMW)

Dear Judge Wood:

We represent defendants Tower Research Capital LLC and Mark Gorton in this case.

We write under Rule 2.F of Your Honor's Individual Rules to request oral argument on defendants' motion to dismiss the First Amended Complaint.

We are available at Your Honor's convenience to answer any questions.

Respectfully submitted,

**GIBSON, DUNN & CRUTCHER LLP**

/s/ Robert W. Trenchard
Robert W. Trenchard

*Attorneys for Defendants Tower Research Capital LLC and Mark Gorton*

cc:   Plaintiff Counsel