UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MYUN-UK CHOI, JIN-HO JUNG,
SUNG-HUN JUNG, SUNG-HEE LEE,
KYUNG-SUB LEE,

        Plaintiffs

v.

TOWER RESEARCH CAPITAL, LLC
and MARK GORTON,

        Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/18

14 CV 9912 (KMW)

ORDER

KIMBA M. WOOD, District Judge:

    The Second Circuit Court of Appeals having, on March 29, 2018, vacated this Court's Order dismissing the case, and having remanded the case for further proceedings, the Court hereby orders the parties to meet and confer no later than April 10, 2018, concerning what Scheduling Order should govern further proceedings.

    By April 16, 2018, the parties shall file a Joint Scheduling Order with a Ready Trial date of June 29, 2018, and a joint Discovery Schedule. Because of the age of the case, no adjournments will be granted.

    All discovery, including expert discovery, shall be initiated soon enough to be completed by May 11, 2018, and any objections to discovery must be made soon enough to be fully briefed by May 18, 2018. Motions *in limine* shall be fully briefed by May 25, 2018.

    SO ORDERED.

Dated: New York, New York
       April 2, 2018

                                      */s/ Kimba M. Wood*
                                      THE HON. KIMBA M. WOOD
                                      United States District Judge