**MANDATE**

<table>
<tr><td>UNITED STATES COURT OF APPEALS<br>FOR THE<br>SECOND CIRCUIT</td><td>N.Y.S.D. Case #<br>14-cv-9912(KMW)</td></tr>
</table>

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand and eighteen.

Before:      John M. Walker, Jr.,
               Rosemary S. Pooler,
               Raymond J. Lohier, Jr.,
                  *Circuit Judges.*

_____

Myun-Uk Choi, Jin-Ho Jung, Sung-Hun Jung, Sung-Hee Lee, Kyung-Sub Lee, Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs - Appellants,

v.

Tower Research Capital LLC, Mark Gorton,

        Defendants - Appellees.

_____

**JUDGMENT**
Docket No. 17-648

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 01, 2018
```

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court's record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is VACATED and the case is REMANDED for further proceedings consistent with this Court's opinion.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/01/2018