```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/18/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
                                                               :
MYUN-UK CHOI, et al.,                                          :
                                                               :
                    Plaintiffs,                                :       ORDER
                                                               :
         -v.-                                                  :
                                                               :       14 Civ. 9912 (KMW) (GWG)
TOWER RESEARCH CAPITAL LLC, et al.                             :
                                                               :
                                                               :
                    Defendants.                                :
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      Oral argument on (1) the motion for a protective order (Docket # 73) and (2) the discovery dispute raised in the letter dated September 10, 2018 (Docket # 85) will take place on Tuesday, October 2, 2018, at 3:30 p.m. in Courtroom 6-B, United States Courthouse, 500 Pearl Street, New York, New York.

      This is the only matter scheduled for this date and time. Please be sure to arrive sufficiently in advance so that the conference may begin on time.

      Each attorney is directed to ensure that all other attorneys are aware of the conference date and time. In addition, any requests for an adjournment must be made in compliance with paragraph 1.F of Judge Gorenstein's Individual Practices (available at: http://nysd.uscourts.gov/judge/Gorenstein).

      SO ORDERED.

Dated: September 17, 2018
      New York, New York

                                                GABRIEL W. GORENSTEIN
                                                United States Magistrate Judge