UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG,
SUNG-HEE LEE, and KYUNG SUB LEE, Individually
and on Behalf of All Others Similarly Situated,

                            Plaintiffs,

   -against-

TOWER RESEARCH CAPITAL LLC and MARK
GORTON,

                            Defendants.
------------------------------------------------------------------ X

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  9/18/18
```

AMENDED ORDER OF
REFERENCE
TO A MAGISTRATE JUDGE

14 CV 9912 (KMW) (GWG)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

___ Habeas Corpus

___ Social Security

_X_ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: _X_

Date: 09/18/2018

SO ORDERED.

9-18-18

*Kimba M. Wood*
Kimba M. Wood
United States District Judge