USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/6/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG SUB LEE, Individually and on Behalf of All Others Similarly Situated,

                Plaintiffs,

v.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

                Defendants.
-----------------------------------------------------------------X

14-CV-9912 (KMW)
**ORDER**

KIMBA M. WOOD, District Judge:

    This communication serves to inform the parties that my husband is an investor in CME Group. I do not find it necessary to recuse myself from this matter for that reason. However, I solicit the parties' views out of an abundance of caution. If any party seeks to have me recuse myself, it shall notify my Chambers of its position in writing by March 19, 2020.

SO ORDERED.

Dated: New York, New York
       March 5, 2020

                                              KIMBA M. WOOD
                                              United States District Judge

1