# COHENMILSTEIN

Michael Eisenkraft
(212) 838-0177
meisenkraft@cohenmilstein.com

April 13, 2020

**Letter Motion via ECF**
The Honorable Gabriel W. Gorenstein
Southern District of New York
500 Pearl Street
New York, NY 10007

   Re:  *Choi et al. v. Tower Research Capital et al.,* No. 14-cv-9912 KMW-GWG

Dear Judge Gorenstein:

   Pursuant to Local Rule 1.4, I write on behalf of Plaintiffs' to request leave of Court for the withdrawal of Eric Berelovich as counsel of record for the Plaintiffs in the above action. Mr. Berelovich is no longer employed by Cohen Milstein Sellers & Toll PLLC ("Cohen Milstein"). Mr. Berelovich is not asserting a retaining or charging lien, and this application has been served on all parties to this action via electronic case filing. Plaintiffs remain represented in this action by, among others, Michael Eisenkraft of Cohen Milstein.

       Sincerely,

       */s/ Michael Eisenkraft*
       Michael Eisenkraft

Cc: Counsel of Record (via ECF)