UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG SUB LEE, Individually and on Behalf of All Others Similarly Situated,

                Plaintiffs,                14 **CIVIL** 9912 (KMW)

      -against-                         **RULE 54(b) JUDGMENT**

TOWER RESEARCH CAPITAL LLC and
MARK GORTON,

                Defendants.
-------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated May 11, 2020, Plaintiffs' unopposed motion under rule 54(b) is granted, there is no just reason for delay, final judgment is entered as to Plaintiffs' CEA claim.

**Dated:**  New York, New York
          May 13, 2020

                                              **RUBY J. KRAJICK**
                                              _____
                                                Clerk of Court
                        **BY:**
                                                Deputy Clerk