UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
MYUN-UK CHOI, et al., :

           Plaintiffs, : <u>ORDER</u>

           -v.- : 14 Civ. 9912 (KMW) (GWG)

TOWER RESEARCH CAPITAL LLC and :
MARK GORTON,
 :
           Defendants.
 :
-----------------------------------------------------------------x

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      With regard to Docket # 254, the Court will rule on the request made in Docket # 222 in due course. As for a schedule on the motion for class certification, any such motion shall be filed on September 16, 2021. Defendant's opposition shall be filed by October 29, 2021. Plaintiff's reply shall be filed by November 29, 2021.

      SO ORDERED

DATED:   New York, New York
           August 3, 2021

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge