```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:    2/22/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MYUN-UK CHOI, JIN-HO JUNG, SUNG-HUN JUNG, SUNG-HEE LEE, and KYUNG SUB LEE, Individually and on Behalf of All Others Similarly Situated,

           Plaintiffs,

v.

TOWER RESEARCH CAPITAL LLC and MARK GORTON,

           Defendants.

-------------------------------------------------------X

14-CV-9912 (KMW)

**ORDER**

KIMBA M. WOOD, United States District Judge:

    The referral to Magistrate Judge Gabriel W. Gorenstein for reports and recommendations on dispositive motions (ECF No. 89) is withdrawn solely with respect to the motion for class certification at ECF No. 258. The referral of non-dispositive pretrial motions is also withdrawn with respect to three motions to seal portions of memoranda and exhibits submitted in relation to the motion for class certification, namely the motions at ECF Nos. 264, 267, and 277.

    SO ORDERED.

Dated: New York, New York
       February 22, 2022

                                            */s/ Kimba M. Wood*
                                            KIMBA M. WOOD
                                        United States District Judge