UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
MYUN-UK CHOI et al.,                             :

                                                 :        ORDER
                Plaintiffs,

                                                 :        14 Civ. 9912 (KMW) (GWG)
    -v.-
                                                 :

TOWER RESEARCH CAPTIAL LLC et al.,               :

                                                 :
                Defendants.
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

    No application have been made to seal any portion of the Court's Memorandum Order of February 18, 2022, the Clerk is directed to unseal the document filed as Docket # 279.


        SO ORDERED.

Dated: February 28, 2022
       New York, New York

                                                              _____
                                                              GABRIEL W. GORENSTEIN
                                                              United States Magistrate Judge